IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RENEAU C. KENNEDY, Ed.D, <br><br> Plaintiff, <br><br> vs. <br><br> VEE LEE aka VOEUTH LAY, JOHN DOES 1-15; JANE DOES 1-15; DOE ALIASES 1-100, <br><br> Defendants. | Civ. No. 20-cv-563-DKW-KJM <br><br> **ORDER DIRECTING FACEBOOK, INSTAGRAM, AND TWITTER TO REMOVE AND DELETE CERTAIN ACCOUNTS** |

**ORDER DIRECTING FACEBOOK, INSTAGRAM AND TWITTER TO REMOVE AND DELETE CERTAIN ACCOUNTS**

Pursuant to and in furtherance of this Court's Order of May 10, 2022, [Dkt. No. 68], which is incorporated herein by reference, IT IS HEREBY ORDERED:

1. Meta Platforms, Inc. f.k.a. Facebook, Inc. is to immediately delete and remove https://www.facebook.com/drreneaukennedy. The Defendant in this matter (Vee Lee a.k.a. Voeuth Lay) and creator of the account referenced above expressly consented, in open court, to removal and deletion of https://www.facebook.com/drreneaukennedy. All data and metadata regarding https://www.facebook.com/drreneaukennedy is to be permanently deleted from your platform.

2. Instagram, LLC and/or Meta Platforms, Inc. is to immediately delete and remove https://www.instagram.com/reneaukennedy. The Defendant in this

matter (Vee Lee a.k.a. Voeuth Lay) and creator of the account referenced above expressly consented, in open court, to removal and deletion of the account referenced above. All data and metadata regarding https://www.instagram.com/reneaukennedy is to be permanently deleted from your platform.

3. Twitter, Inc. is to immediately delete and remove https://www.twitter.com/drreneaukennedy. The Defendant in this matter (Vee Lee a.k.a. Voeuth Lay) and creator of the account referenced above expressly consented, in open court, to removal and deletion of the account referenced above. All data and metadata regarding https://www.twitter.com/drreneaukennedy is to be permanently deleted from your platform.

4. If the content from any one of the above accounts is reposted on the Internet, any such company or person responsible is ordered to remove any hyperlinks or content reposted therefrom.

5. Concerns regarding this order may be directed to watson_orders@hid.uscourts.gov or 1-808-541-1470.

IT IS SO ORDERED.

DATED: June 27, 2022 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

*RENEAU C. KENNEDY, Ed.D, vs. VEE LEE aka VOEUTH LAY, et al.;* Case No. 20-cv-563-DKW-KJM; **ORDER DIRECTING FACEBOOK, INSTAGRAM, AND TWITTER TO REMOVE AND DELETE CERTAIN ACCOUNTS**